UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANTHONY STOKES, | : |
| : | CASE NO.:  2:11-cv-03849 |
| Plaintiff, | : (SDW) (MCA) |
| vs. | : ECF CASE |
| : | |
| JOHN STEPHENS a/k/a JOHN LEGEND, | : **NOTICE OF APPEARANCE** |
| SONY MUSIC ENTERTAINMENT, | : |
| COLUMBIA RECORDS, GETTING OUT OUR | : |
| DREAMS, INC. d/b/a G.O.O.D. Music, JOHN | : |
| DOES 1-20, fictitious persons, and XYZ | : |
| CORPORATIONS 1-20, fictitious entities, | : |
| : | |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all Counsel of Record:

Please enter my appearance as counsel in this case on behalf of Defendants JOHN STEPHENS a/k/a JOHN LEGEND ("Legend"), SONY MUSIC ENTERTAINMENT and COLUMBIA RECORDS (collectively "Sony Music," as Columbia Records has been erroneously sued as a separate legal entity), and GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music ("GM," erroneously sued herein as GETTING OUT OUR DREAMS MUSIC).  I certify that I am admitted to practice in this Court.

Dated:  September 13, 2011
       New York, New York

                                            Respectfully submitted,

                                            PROSKAUER ROSE LLP

                                            By:  s/  Dolores DiBella
                                                Dolores F. DiBella (DD 9637)
                                                Eleven Times Square
                                                New York, New York 10036
                                                Telephone: 212.969.3000
                                                Facsimile: 212.969.2900
                                                ddibella@proskauer.com
                                                *Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on this 13th of September 2011:

Louis D. Tambaro, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-7100
Facsimile: (732) 219-0625

Dated:  September 13, 2011

                                                s/ Dolores F. DiBella
                                                Dolores F. DiBella (DD 9637)

Case 2:11-cv-03849-SDW -MCA   Document 7   Filed 09/13/11   Page 2 of 2 PageID: 46