UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANTHONY STOKES, | |
|                     Plaintiff, | CASE NO.: 2:11-cv-03849 (SDW) (MCA) |
| vs. | ECF CASE |
| JOHN STEPHENS a/k/a JOHN LEGEND, SONY MUSIC ENTERTAINMENT, COLUMBIA RECORDS, GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music, JOHN DOES 1-20, fictitious persons, and XYZ CORPORATIONS 1-20, fictitious entities, | **RULE 7.1 DISCLOSURE FOR DEFENDANT GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. MUSIC** |
|                     Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music ("GM," erroneously sued herein as GETTING OUT OUR DREAMS MUSIC), certifies as follows:

GM is a privately-held and non-publicly traded company, and has no publicly traded parent companies.

Dated: September 13, 2011
       New York, New York

                                          Respectfully submitted,

                                          PROSKAUER ROSE LLP

                                          By:   s/ Dolores DiBella
                                                Dolores F. DiBella (DD 9637)
                                                Eleven Times Square
                                                New York, New York 10036
                                                Telephone: 212.969.3000
                                                Facsimile: 212.969.2900
                                                ddibella@proskauer.com
                                                *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on this 13th of September 2011:

Louis D. Tambaro, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-7100
Facsimile: (732) 219-0625

Dated:  September 13, 2011

                                                                                               __s/  Dolores F. DiBella_____
                                                                                               Dolores F. DiBella (DD 9637)