UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANTHONY STOKES, | |
| Plaintiff, | CASE NO.: 2:11-cv-03849 (SDW) (MCA) |
| vs. | ECF CASE |
| JOHN STEPHENS a/k/a JOHN LEGEND, SONY MUSIC ENTERTAINMENT, COLUMBIA RECORDS, GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music, JOHN DOES 1-20, fictitious persons, and XYZ CORPORATIONS 1-20, fictitious entities, | **RULE 7.1 DISCLOSURE FOR DEFENDANTS SONY MUSIC ENTERTAINMENT AND COLUMBIA RECORDS** |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants SONY MUSIC ENTERTAINMENT and COLUMBIA RECORDS (collectively "Sony Music," as Columbia Records has been erroneously sued herein as a separate legal entity), certifies as follows:

Columbia Records is an unincorporated division of Sony Music. Sony Music is a Delaware general partnership and has no stock. Sony Corporation Japan is a publicly-held company, and is the ultimate parent company of Sony Music.

Dated: September 13, 2011
New York, New York

                                                Respectfully submitted,

                                                PROSKAUER ROSE LLP

                                                By: s/ Dolores DiBella
                                                    Dolores F. DiBella (DD 9637)
                                                    Eleven Times Square
                                                    New York, New York 10036
                                                    Telephone: 212.969.3000
                                                    Facsimile: 212.969.2900
                                                    ddibella@proskauer.com
                                                    *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that I caused the following counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on this 13th of September 2011:

Louis D. Tambaro, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-7100
Facsimile: (732) 219-0625

Dated:  September 13, 2011

                                                                                         __s/ Dolores F. DiBella_____
                                                                                         Dolores F. DiBella (DD 9637)