UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
------------------------------------x
ANTHONY STOKES,                     :
                                    :   CASE NO.: 2:11-cv-03849
            Plaintiff,              :   (SDW) (MCA)
    vs.                             :
                                    :
JOHN STEPHENS a/k/a JOHN LEGEND,    :          ORDER
SONY MUSIC ENTERTAINMENT,           :   ADMITTING COUNSEL PRO
COLUMBIA RECORDS, GETTING OUT OUR   :   HAC VICE
DREAMS INC. d/b/a G.O.O.D. Music, JOHN :
DOES 1-20, fictitious persons, and XYZ :
CORPORATIONS 1-20, fictitious entities, :
                                    :
            Defendants.             :
------------------------------------x

This matter having come before the Court upon motion of Defendants for an order allowing Charles B. Ortner, Esq., to appear and participate *pro hac vice* in this matter; and

Plaintiff's counsel in this matter having consented to the filing of this motion for Mr. Ortner's *pro hac vice* admission; and

The Court having considered the papers submitted pursuant to L. Civ. R. 101.1(c) of the United States District Court for the District of New Jersey, and for good cause appearing;

IT IS on this ___ day of _____, 2011

ORDERED that Charles B. Ortner, Esq. be permitted to appear and participate *pro hac vice* in the above-captioned matter pursuant to *L. Civ. R.* 101.1(c) of the United States District Court for the District of New Jersey; provided however that all pleadings, briefs and other papers filed with the Court shall be signed by Dolores F. DiBella of Proskauer Rose LLP, a member in good standing of the Bar of New Jersey and of this Court; and provided further that all notices, orders and pleadings may be served upon Dolores F. DiBella; and it is further

1

ORDERED that Charles B. Ortner, Esq. will be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

ORDERED that Charles B. Ortner, Esq. is directed to make the required payment to the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a), for any year in which he continues to represent a client in a matter pending in this Court; and it is further

ORDERED that Charles B. Ortner, Esq. is directed to make the required *pro hac vice* payment of $150.00 to the Clerk, United States District Court, as provided by *L. Civ. R.* 101.1(c)(3).

_____
Magistrate Judge Madeline Cox Arleo