Justin M. Klein, Esq.
**MARKS & KLEIN, LLP**
Telephone: (732) 747-7100
Facsimile: (732) 219-0625
Email: justin@marksklein.com
Attorneys for Plaintiff Anthony Stokes

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY STOKES,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STEPHENS a/k/a JOHN LEGEND, SONY MUSIC ENTERTAINMENT, COLUMBIA RECORDS, GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. MUSIC, JOHN DOES 1-20, fictitious persons, and XYZ CORPORATIONS 1-20, fictitious entities,<br><br>Defendants. | Civil Action No.: 2:11-cv-3849-SDW-MCA<br><br>**NOTICE OF APPEARANCE** |

To: CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD

Please enter my appearance on behalf of Anthony Stokes in the above-entitled cause of action.

This notice is to inform you that as of October 21, 2011, Justin M. Klein, Esq. has appeared as counsel for Plaintiff in this action. Service of all pleadings, papers, and documents required to be served in this action should also be served on Mr. Klein as counsel for the Plaintiff as follows:

1. Attorney: Justin M. Klein

2. Firm Name: Marks & Klein, LLP

3. Address: 63 Riverside Avenue, Red Bank, New Jersey 07701

4. Telephone Number: (732) 747-7100

5. Fax Number: (732) 219-0625

6. E-Mail: justin@marksklein.com


Dated:   October 21, 2011            **MARKS & KLEIN, LLP**
                                     Attorneys for Plaintiff

                                     By: */s/ Justin M. Klein*
                                     Justin M. Klein, Esq.
                                     Telephone: (732) 747-7100
                                     Facsimile: (732) 219-0625
                                     E-mail: justin@marksklein.com

## CERTIFICATE OF SERVICE

I certify that on October 21, 2011, a true and correct copy of the above Notice of Appearance was filed electronically with the Court and served on all attorneys of record via the CM/ECF system.

/s/ *Justin M. Klein*
Justin M. Klein, Esq.