UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY STOKES,                                                  :
                                                                :       CASE NO.:  2:11-cv-03849
                                        Plaintiff,              :       (SDW) (MCA)
            vs.                                                 :       ECF CASE
                                                                :
JOHN STEPHENS a/k/a JOHN LEGEND,                                :       **NOTICE OF APPEARANCE**
SONY MUSIC ENTERTAINMENT,                                       :
COLUMBIA RECORDS, GETTING OUT OUR                               :
DREAMS, INC. d/b/a G.O.O.D. Music, JOHN                         :
DOES 1-20, fictitious persons, and XYZ                          :
CORPORATIONS 1-20, fictitious entities,                         :
                                                                :
                                        Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all Counsel of Record:

        Please enter my appearance as counsel in this case on behalf of Defendants JOHN

STEPHENS a/k/a JOHN LEGEND ("Legend"), SONY MUSIC ENTERTAINMENT and

COLUMBIA RECORDS (collectively "Sony Music," as Columbia Records has been erroneously

sued as a separate legal entity), and GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music

("GM," erroneously sued herein as GETTING OUT OUR DREAMS MUSIC).  I certify that I am

admitted to practice in this Court.

Dated: December 19, 2011
        New York, New York

                                                Respectfully submitted,

                                                PROSKAUER ROSE LLP

                                                By:  _s/  Elizabeth A. Figueira
                                                      Elizabeth A. Figueira
                                                      Eleven Times Square
                                                      New York, New York 10036
                                                      Telephone: 212.969.3000
                                                      Facsimile: 212.969.2900
                                                      efigueira@proskauer.com
                                                      *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the following counsel of record for Plaintiff to be served with a

copy of the foregoing document via ECF, on this 19th of December 2011:

Louis D. Tambaro, Esq.
Marks & Klein, LLP
63 Riverside Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-7100
Facsimile: (732) 219-0625


Dated:  December 19, 2011

__s/  Elizabeth A. Figueira ___

Elizabeth A. Figueira