UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY STOKES,                              :
                                                                  :   CASE NO.: 2:11-cv-03849
                         Plaintiff,  :   (SDW) (MCA)
vs.                                          :   ECF CASE
                                             :
JOHN STEPHENS a/k/a JOHN LEGEND,             :
SONY MUSIC ENTERTAINMENT,                    :
COLUMBIA RECORDS, GETTING OUT OUR            :
DREAMS, INC. d/b/a G.O.O.D. Music, JOHN      :
DOES 1-20, fictitious persons, and XYZ       :
CORPORATIONS 1-20, fictitious entities,      :
                                             :
                       Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL**

To the Clerk of this Court and all parties of record:

       Please enter the withdrawal of Dolores F. DiBella of Proskauer Rose LLP as counsel of record in this case for Defendants JOHN STEPHENS a/k/a JOHN LEGEND ("Legend"), SONY MUSIC ENTERTAINMENT and COLUMBIA RECORDS (collectively "Sony Music," as Columbia Records has been erroneously sued as a separate legal entity), and GETTING OUT OUR DREAMS, INC. d/b/a G.O.O.D. Music ("GM," erroneously sued herein as GETTING OUT OUR DREAMS MUSIC) (collectively, the "Defendants").  As of December 30, 2011, I will no longer be affiliated with the law firm Proskauer Rose LLP.

       The Defendants will continue to be represented by Elizabeth A. Figueira (whose appearance has been recently entered) and Charles B. Ortner of Proskauer Rose LLP.  A *pro hac* application will also be forthcoming from Sandra A. Crawshaw-Sparks of Proskauer Rose LLP.

1

Dated: New York, New York
December 21, 2011

Respectfully submitted,

PROSKAUER ROSE LLP

By: __s/ Dolores F. DiBella____
Dolores F. DiBella (DD-9637)
Eleven Times Square
New York, New York 10036
Telephone: 212.969.3000
Facsimile: 212.969.2900

### CERTIFICATE OF SERVICE

I hereby certify that I caused the counsel of record for Plaintiff to be served with a copy of the foregoing document via ECF, on 21st of December 2011.

Dated: December 21, 2011

___s/ Dolores F. DiBella_____
Dolores F. DiBella (DD 9637)